| Borrower | | | | File No. 0914-M11923 |
|---|---|---|---|---|
| Property Address | 1949 NW 46th St | | | |
| City | Miami | County Miami-Dade | State FL | Zip Code 33142 |
| Lender | Ronald R. Wolfe & Associates, P.L. | | | |

# TABLE OF CONTENTS



Letter of Transmittal ............................................................................................................................................................. 1
GP Restricted Use ............................................................................................................................................................... 2
Additional Comparables 4-6 ................................................................................................................................................ 4
General Text Addendum ..................................................................................................................................................... 5
Subject Photos .................................................................................................................................................................... 6
Photograph Addendum ....................................................................................................................................................... 7
Comparable Photos 1-3 ...................................................................................................................................................... 8
Comparable Photos 4-6 ...................................................................................................................................................... 9
Location Map ..................................................................................................................................................................... 10
Aerial Map ......................................................................................................................................................................... 11
Zoning Map ....................................................................................................................................................................... 12
Appraiser License .............................................................................................................................................................. 13
E & O ................................................................................................................................................................................. 14
GP Restricted Use Certifications Addendum .................................................................................................................... 15

All Florida Appraisal Group, Inc.
500 S Cypress Road, #11
Pompano Beach, FL 33060
(954) 529-4970


Sep 30, 2014

Ronald R. Wolfe & Associates, P.L.
4919 Memorial Highway, suite 200
Tampa, FL 33634



Re: Property:        1949 NW 46th St
                     Miami, FL 33142
    Borrower:
    File No.:        0914-M11923


Opinion of Value: $  55,000
Effective Date:      5/29/2014


In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached. In the interest of Brevity and Economy this report is presented on a form report.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership in order to assist the client in pricing the property for estate purposes as of the effective date 5/29/2014 as this is a retrospective appraisal. This appraisal is not intended for any other use.
This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice. The scope of the appraisal was limited as there was no interior or more complete inspection of the subject property.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.
It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,


Mario T. Garcia III, Cert Res #RD2528
Cert Res RD2528
License or Certification #: Cert Res #RD2528
State: FL      Expires: 11/30/2014
allflappraisal@aol.com

All Florida Appraisal Group (954) 565-9970           Page #2 of 16

# RESTRICTED USE APPRAISAL REPORT

File No.: 0914-M11923

## SUBJECT

| Field | Value |
|---|---|
| Property Address: | 1949 NW 46th St |
| City: | Miami |
| State: | FL |
| Zip Code: | 33142 |
| County: | Miami-Dade |
| Legal Description: | 17th Ave Manor Pb 18-43 Lot 21 Blk 9 |
| Assessor's Parcel #: | 30-3122-014-1761 |
| Tax Year: | 2013 |
| R.E. Taxes: | $ 1,049 |
| Special Assessments: | $ 0 |
| Borrower (if applicable): | |
| Current Owner of Record: | Benjamin Nieves |
| Occupant: | ☐ Owner  ☐ Tenant  ☐ Vacant  ☐ Manufactured Housing |
| Property Type: | ☒ SFR  ☐ 2-4 Family |
| # of Units: | 1 |
| Ownership Restriction: | ☒ None  ☐ PUD  ☐ Condo  ☐ Coop |
| Market Area Name: | 17th Ave Manor |
| Map Reference: | 53-41-22 |
| Census Tract: | 0018.02 |
| | ☒ Flood Hazard |

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)   *Occupant is unknown / Exterior only

This report reflects the following value (if not Current, see comments): ☐ Current (the Inspection Date is the Effective Date)   ☒ Retrospective   ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach   ☐ Cost Approach   ☐ Income Approach   ☐ Other:

Property Rights Appraised: ☒ Fee Simple   ☐ Leasehold   ☐ Leased Fee   ☐ Other (describe)

Intended Use: Market value as of the Retrospective date 5/29/2014

Under USPAP Standards Rule 2-2(c), this is a Restricted Use Appraisal Report, and is intended only for the sole use of the named client. There are no other intended users. The client must clearly understand that the appraiser's opinions and conclusions may not be understood properly without additional information in the appraiser's work file.

Client: Ronald R. Wolfe & Associates, P.L.   Address: 4919 Memorial Highway, suite 200, Tampa, FL 33634

Appraiser: Mario T. Garcia III, Cert Res #RD2528   Address: 500 S Cypress Road, #11, Pompano Beach, FL 33060

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 1949 NW 46th St Miami, FL 33142 | 1780 NW 51st Ter Miami, FL 33142 | | 4975 NW 15 CT Miami, FL 33142 | | 1947 NW 48 ST Miami, FL 33142 | |
| Proximity to Subject | | 0.39 miles NE | | 0.49 miles NE | | 0.15 miles N | |
| Sale Price | $ | $ 50,000 | | $ 68,900 | | $ 66,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 50.71 /sq.ft. | | $ 65.25 /sq.ft. | | $ 74.24 /sq.ft. | |
| Data Source(s) | MDPA/realquest | MDPA/MLS#A1796420 | | MDPA/MLS# A1869922 | | MDPA/MLS#A1814427 | |
| Verification Source(s) | Exterior Only Insp. | MDPA/MLS/Exterior/Listing Agent | | MDPA/MLS/Exterior/Listing Agent | | MDPA/MLS/Exterior/Listing Agent | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Short Cash;0 | | REO Cash;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s01/14;c10/13 | | s03/14;c02/14 | | s11/13;c09/13 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residtl/ bsy Thru St | Residential/thru st | -3,000 | Residential/thru st | -3,000 | Residential/thru st | -3,000 |
| Site | 4796 sf | 5500 sf | | 9621 sf | -4,825 | 4796 sf | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Ranch | DT1;Ranch | | DT1;Ranch | | DT1;2 story | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 66 | 62 | | 67 | | 79 | |
| Condition | Average | Average | | Average*repairs | +3,000 | Average | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 4  2  1 | 4  2  1 | | 5  3  1 | | 4  2  1 | |
| Gross Living Area | 867 sq.ft. | 986 sq.ft. | -4,165 | 1,056 sq.ft. | -6,615 | 889 sq.ft. | |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Wall Unit | Wall Unit | | Wall Unit | | central AC | -2,000 |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 1 Car Carport | None | +1,500 | None | +1,500 | Carport / covered | 0 |
| Porch/Patio/Deck | Entry/Patio | Entry/Patio | | Entry/Patio | | Entry/Patio | |
| features* no interior | standard* | standard* | | standard* | | standard* | |
| Net Adjustment (Total) | | ☐ +  ☒ - | $ -5,665 | ☐ +  ☒ - | $ -9,940 | ☐ +  ☒ - | $ -5,000 |
| Adjusted Sale Price of Comparables | | Net 11.3 % Gross 17.3 % | $ 44,335 | Net 14.4 % Gross 27.5 % | $ 58,960 | Net 7.6 % Gross 7.6 % | $ 61,000 |

Summary of Sales Comparison Approach   The appraiser selected 5 sales from the subject's immediate and expanded Market area. All 5 sales would be considered by prospective buyers of the subject property. Liquidation sales or sales for liquidation pricing were excluded. All 5 sales were listed in MLS and would have been available to a typical buyer of the subject property. REO, and Short sales were utilized as these represent market activity from the immediate market area.

Emphasis is placed on sales 1,2,4 and 5 with support from sale 3 due to location and overall similarity with secondary weighting on sales 3-5.

GP RESTRICTED    Copyright© 2010 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    5/2010

# RESTRICTED USE APPRAISAL REPORT

File No.: 0914-M11923

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): Miami Dade County Property Appraiser

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: Three year sales history for the subject property, if any, are listed to the left. |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## MARKET

Subject Market Area and Marketability: The subject market area consists of a mix of dwelling styles, sizes, ages and property values. All typical residential amenities are located within close proximity including schools, places of worship, shopping facilities and public transportation. Overall market appeal in the immediate area is average with most properties receiving adequate maintenance. The neighborhood market trends of growth rate, property values and market time, as measured by market sales and listing analysis, indicate current stable pricing and supply and demand in balance. Properly priced properties are typically under contract in 2 to 4 months. REO and short sales will continue to be a factor in the foreseeable future.

## SITE

Site Area: 4796 sf  Site View: N;Res;  Topography: Level  Drainage: Adequate
Zoning Classification: RU-2  Description: Two-Family Residential District
Zoning Compliance: ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning
Highest & Best Use: ☒ Present use, or ☐ Other use (explain)
Actual Use as of Effective Date: Single Family Residential  Use as appraised in this report: Single Family Residential
Opinion of Highest & Best Use: *improved residential passes all of the tests for highest and best use and is current highest and best use .
FEMA Spec'l Flood Hazard Area ☒ Yes ☐ No  FEMA Flood Zone AH  FEMA Map # 12086C0303L  FEMA Map Date 09/11/2009
Site Comments: The subject site is an interior rectangular site, no adverse condtions noted. NW 46th Street is a busier than typical through street for the area.

## IMPROVEMENTS

Improvements Comments: PER THE EXTERIOR ONLY INSPECTION :The subject appears to be adequately maintained and is considered to be in overall average condition for the area. There was no interior inspection of the subject property and this report is being done with the extraordinary assumption that the interior is in, at minium, average condition. The appraiser has relied upon a cursory exterior inspection from the street. Occupancy is unknown due to the scope of work.

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 55,000
Indicated Value by: Cost Approach (if developed) $     Indicated Value by: Income Approach (if developed) $
Final Reconciliation  In the final analysis, the Sales Comparison Approach is generally considered the most appropriate indicator of residential value since it typically reflects the motivations of buyers and sellers in the market. The Income Approach was not developed as the typical buyer would give this only secondary weighting.  The cost approach was not utilized as it would not be considered by a prospective buyer of the subject due to the lack of vacant land and the age of the subject and the difficulty in estimating depreciation.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: The appraisal is completed in "As is" condition.  See extraordinary assumptions

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.
Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 55,000 , as of: 5/29/2014 , which is the effective date of this appraisal.
If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains 17 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.
Attached Exhibits:
☐ Scope of Work  ☒ Limiting Cond./Certifications  ☐ Narrative Addendum  ☒ Photograph Addenda  ☐ Sketch Addendum
☒ Map Addenda  ☐ Additional Sales  ☐ Cost Addendum  ☐ Flood Addendum  ☐ Manuf. House Addendum
☐ Hypothetical Conditions  ☐ Extraordinary Assumptions

Client Contact:     Client Name: Ronald R. Wolfe & Associates, P.L.
E-Mail:     Address: 4919 Memorial Highway, suite 200, Tampa, FL 33634

## SIGNATURES

**APPRAISER**

Appraiser Name: Mario T. Garcia III, Cert Res #RD2528
Company: All Florida Appraisal Group, Inc.
Phone: (954) 529-4970  Fax: (954) 565-9917
E-Mail: allflappraisal@aol.com
Date of Report (Signature): Sep 30, 2014
License or Certification #: Cert Res #RD2528  State: FL
Designation: Cert Res RD2528
Expiration Date of License or Certification: 11/30/2014
Inspection of Subject: ☐ Interior & Exterior  ☒ Exterior Only  ☐ None
Date of Inspection: 09/29/2014

**SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Supervisory or Co-Appraiser Name:
Company:
Phone:     Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:     State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

Copyright© 2010 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
GP RESTRICTED   Form GPRTD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   5/2010

## ADDITIONAL COMPARABLE SALES

File No.: 0914-M11923

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(-) $ Adjust. | COMPARABLE SALE # 5 | +(-) $ Adjust. | COMPARABLE SALE # 6 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 1949 NW 46th St Miami, FL 33142 | 1361 NW 45th St Miami, FL 33142 | | 1920 NW 47th St Miami, FL 33142 | | | |
| Proximity to Subject | | 0.62 miles E | | 0.03 miles NE | | | |
| Sale Price | $ | $ 61,000 | | $ 45,100 | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 69.71 /sq.ft. | | $ 62.64 /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | MDPA/realquest | MDPA/MLS#A1814286 | | MDPA/MLS#A1924420 | | | |
| Verification Source(s) | Exterior Only Insp. | MDPA/MLS/Exterior/Listing Agent | | MDPA/MLS/Exterior/Listing Agent | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | ArmLth Private Party;0 | | REO Cash;0 | | | |
| Date of Sale/Time | | s10/13;c10/13 | | s06/14;c05/14 | | | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | | |
| Location | Residt/ bsy Thru St | Residential/thru st | -3,000 | Residential/thru st | -3,000 | | |
| Site | 4796 sf | 5000 sf | | 4796 sf | | | |
| View | N;Res; | N;Res; | | N;Res; | | | |
| Design (Style) | DT1;Ranch | DT1;Ranch | | DT1;Ranch | | | |
| Quality of Construction | Average | Q4 | | Average | | | |
| Age | 66 | 64 | | 76 | | | |
| Condition | Average | Average | | fair / repairs/below | +6,000 | | |
| Above Grade Room Count | Total 4 / Bdrms 2 / Baths 1 | Total 4 / Bdrms 2 / Baths 1 | | Total 4 / Bdrms 2 / Baths 1 | | Total / Bdrms / Baths | |
| Gross Living Area | 867 sq.ft. | 875 sq.ft. | | 720 sq.ft. | +5,145 | sq.ft. | |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Wall Unit | Wall Unit | | wall/ central | -2,000 | | |
| Energy Efficient Items | Standard | Standard | | Standard | | | |
| Garage/Carport | 1 Car Carport | None | +1,500 | None | +1,500 | | |
| Porch/Patio/Deck | Entry/Patio | Entry/Patio | | Entry/Patio | | | |
| features* no interior | standard* | standard* | | standard* | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ -1,500 | | ☒ + ☐ - $ 7,645 | | ☐ + ☐ - $ | |
| Adjusted Sale Price of Comparables | | Net 2.5 % Gross 7.4 % $ 59,500 | | Net 17.0 % Gross 39.1 % $ 52,745 | | Net % Gross % $ | |

Summary of Sales Comparison Approach _____

GP RESTRICTED    Copyright© 2010 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTD.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    5/2010

**General Text Addendum**  File No. 0914-M11923

| Borrower | | | | |
|---|---|---|---|---|
| Property Address | 1949 NW 46th St | | | |
| City Miami | County Miami-Dade | State FL | Zip Code 33142 | |
| Lender | Ronald R. Wolfe & Associates, P.L. | | | |

I have performed (no) (or specified) services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market. This appraisal is based on an estimated Exposure Time/Marketing Time of 3-6 months.

## Subject Photos

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 1949 NW 46th St | | | | |
| City | Miami | County Miami-Dade | | State FL | Zip Code 33142 |
| Lender | Ronald R. Wolfe & Associates, P.L. | | | | |



**Subject Front**

| | |
|---|---|
| 1949 NW 46th St | |
| Sales Price | |
| Gross Living Area | 867 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | Residt/ bsy Thru St |
| View | N;Res; |
| Site | 4796 sf |
| Quality | Average |
| Age | 66 |



**Subject Side**



**Subject Street**

Form PICPIX.SR — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Photograph Addendum

| Borrower | |
|---|---|
| Property Address | 1949 NW 46th St |
| City | Miami |
| County | Miami-Dade |
| State | FL |
| Zip Code | 33142 |
| Lender | Ronald R. Wolfe & Associates, P.L. |



street view



reverse street view



left side



front



right side

Form PIC6 LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photos 1-3

| | |
|---|---|
| Borrower | |
| Property Address | 1949 NW 46th St |
| City | Miami    County Miami-Dade    State FL    Zip Code 33142 |
| Lender | Ronald R. Wolfe & Associates, P.L. |



### Comparable 1
1780 NW 51st Ter
| | |
|---|---|
| Prox. to Subject | 0.39 miles NE |
| Sales Price | 50,000 |
| Gross Living Area | 986 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | Residential/thru st |
| View | N;Res; |
| Site | 5500 sf |
| Quality | Average |
| Age | 62 |



### Comparable 2
4975 NW 15 CT
| | |
|---|---|
| Prox. to Subject | 0.49 miles NE |
| Sales Price | 68,900 |
| Gross Living Area | 1,056 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | Residential/thru st |
| View | N;Res; |
| Site | 9621 sf |
| Quality | Average |
| Age | 67 |



### Comparable 3
1947 NW 48 ST
| | |
|---|---|
| Prox. to Subject | 0.15 miles N |
| Sales Price | 66,000 |
| Gross Living Area | 889 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | Residential/thru st |
| View | N;Res; |
| Site | 4796 sf |
| Quality | Average |
| Age | 79 |

## Comparable Photo Page

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 1949 NW 46th St | | | | |
| City | Miami | County Miami-Dade | State FL | Zip Code 33142 |
| Lender | Ronald R. Wolfe & Associates, P.L. | | | | |



### Comparable 4
1361 NW 45th St
| | |
|---|---|
| Prox. to Subject | 0.62 miles E |
| Sales Price | 61,000 |
| Gross Living Area | 875 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | Residential/thru st |
| View | N;Res; |
| Site | 5000 sf |
| Quality | Q4 |
| Age | 64 |



### Comparable 5
1920 NW 47th St
| | |
|---|---|
| Prox. to Subject | 0.03 miles NE |
| Sales Price | 45,100 |
| Gross Living Area | 720 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | Residential/thru st |
| View | N;Res; |
| Site | 4796 sf |
| Quality | Average |
| Age | 76 |

### Comparable 6
Prox. to Subject
Sales Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

**Location Map**

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 1949 NW 46th St | | | | |
| City | Miami | County | Miami-Dade | State FL | Zip Code 33142 |
| Lender | Ronald R. Wolfe & Associates, P.L. | | | | |



## Aerial Map

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 1949 NW 46th St | | | | |
| City | Miami | County Miami-Dade | State FL | Zip Code 33142 |
| Lender | Ronald R. Wolfe & Associates, P.L. | | | | |



Page #12 of 16

## Zoning Map

| Borrower | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1949 NW 46th St | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code 33142 |
| Lender | Ronald R. Wolfe & Associates, P.L. | | | | | |



**Appraiser License**

| Borrower | | | | |
|---|---|---|---|---|
| Property Address | 1949 NW 46th St | | | |
| City | Miami | County Miami-Dade | State FL | Zip Code 33142 |
| Lender | Ronald R. Wolfe & Associates, P.L. | | | |



STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

FLORIDA REAL ESTATE APPRAISAL BD        850-487-1395
1940 N. MONROE ST.
TALLAHASSEE      FL 32399-0783

GARCIA, MARIO THOMAS
2720 NE 10 STREET
POMPANO BCH       FL 33062

Congratulations! With this license you become one of the nearly one million Floridians licensed by the Department of Business and Professional Regulation. Our professionals and businesses range from architects to yacht brokers, from boxers to barbeque restaurants, and they keep Florida's economy strong.

Every day we work to improve the way we do business in order to serve you better. For information about our services, please log onto www.myfloridalicense.com. There you can find more information about our divisions and the regulations that impact you, subscribe to department newsletters and learn more about the Department's initiatives.

Our mission at the Department is: License Efficiently, Regulate Fairly. We constantly strive to serve you better so that you can serve your customers. Thank you for doing business in Florida, and congratulations on your new license!

STATE OF FLORIDA    AC# 659812
DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION

RD2528        11/03/12  128140525

CERTIFIED RESIDENTIAL APPRAISER
GARCIA, MARIO THOMAS

IS CERTIFIED under the provisions of Ch.475 FS
Expiration date: NOV 30, 2014    L12110300417

DETACH HERE

THIS DOCUMENT HAS A COLORED BACKGROUND • MICROPRINTING • LINEMARK™ PATENTED PAPER

AC#659812        STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA REAL ESTATE APPRAISAL BD        SEQ# L12110300417

| DATE | BATCH NUMBER | LICENSE NBR |
|---|---|---|
| 11/03/2012 | 128140525 | RD2528 |

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2014

GARCIA, MARIO THOMAS
500 S CYPRESS ROAD # 11
POMPANO BEACH       FL 33060

RICK SCOTT            KEN LAWSON
GOVERNOR              SECRETARY
          DISPLAY AS REQUIRED BY LAW

**E & O**

| Borrower | |
|---|---|
| Property Address | 1949 NW 46th St |
| City | Miami  County Miami-Dade  State FL  Zip Code 33142 |
| Lender | Ronald R. Wolfe & Associates, P.L. |



## COVER NOTE

**INSURED:** Mario T Garcia III

MAILING ADDRESS: 500 South Cypress Road #11
Pompano Beach, FL 33060

*This is to certify that the undersigned has procured insurance coverage as hereafter specified from certain companies and/or underwriters.*

**EFFECTIVE: 01/05/2013    EXPIRATION: 01/05/2014    RETROACTIVE: 02/07/1998**

COVERAGE: FREA Errors & Omissions Professional Liability Policy

Profession: Real Estate Appraiser
Claims Made Form: 90395 (3/06)
Limits: Per Occurrence: $1,000,000   Annual Aggregate: $1,000,000
$1,000 Retention each wrongful act

**CONDITIONS:**

Real Estate Agent/ Broker Referral Indemnity
Known wrongful act exclusion
Pending/prior litigation exclusion
Defense within policy limit

**COMPANIES PARTICIPATING:**
National Union Fire Insurance Company of Pittsburgh, PA

**COVER NOTE # Z FREA 02-1876**
**CUSTOMER # 0010497**

Issued at: 4907 Morena Blvd., Suite 1415
San Diego, CA 92117

**DATE: 12/28/2012**                                        **By:** _(signature)_

Insurance, when effected shall be subject to all terms and conditions of policy(ies) which will be issued, and in the event of any inconsistency herewith, the terms and provisions of the policy prevail.

## GP Restricted Use Certifications Addendum

File No.: 0914-M11923

| | | | |
|---|---|---|---|
| Property Address: 1949 NW 46th St | City: Miami | State: FL | Zip Code: 33142 |
| Client: Ronald R. Wolfe & Associates, P.L. | Address: 4919 Memorial Highway, suite 200, Tampa, FL 33634 | | |
| Appraiser: Mario T. Garcia III, Cert Res #RD2528 | Address: 500 S Cypress Road, #11, Pompano Beach, FL 33060 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


In developing this appraisal, the appraiser has incorporated only the Sales Comparison Approach. The appraiser has excluded the Cost and Income Approaches to Value, due to being inapplicable given the limited scope of the appraisal. The appraiser has determined that this appraisal process is not so limited that the results of the assignment are no longer credible, and the client agrees that the limited scope of analysis is appropriate given the intended use.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

The Extraordinary Assumption is made that the condition of the subject as of the date of inspection is reflective of the condition as of the effective date of the appraisal 5/29/2014.

The Extraordinary Assumption is made that the condition as reported per the EXTERIOR ONLY inspection is consistent with the interior conditon of the subject. There was no interior inspection completed for the subject property.



Copyright© 2010 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTDAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
5/2010

## Certifications

File No.: 0914-M11923

| | |
|---|---|
| Property Address: 1949 NW 46th St | City: Miami   State: FL   Zip Code: 33142 |
| Client: Ronald R. Wolfe & Associates, P.L. | Address: 4919 Memorial Highway, suite 200, Tampa, FL 33634 |
| Appraiser: Mario T. Garcia III, Cert Res #RD2528 | Address: 500 S Cypress Road, #11, Pompano Beach, FL 33060 |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

I have performed (no) (or specified) services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market. This appraisal is based on an estimated Exposure Time/Marketing Time of 3-6 months.

**DEFINITION OF MARKET VALUE *:**

The estimated amount for which a property should exchange on the date of valuation between a willing buyer and a willing seller in an arm's-length transaction after proper marketing wherein the parties had each acted knowledgeably, prudently, and without compulsion. (International Valuation Standards, Eighth edition 2007, 27.)

| | |
|---|---|
| Client Contact: | Client Name: Ronald R. Wolfe & Associates, P.L. |
| E-Mail: | Address: 4919 Memorial Highway, suite 200, Tampa, FL 33634 |

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Mario T. Garcia III, Cert Res #RD2528 | Supervisory or Co-Appraiser Name: |
| Company: All Florida Appraisal Group, Inc. | Company: |
| Phone: (954) 529-4970   Fax: (954) 565-9917 | Phone:   Fax: |
| E-Mail: allflappraisal@aol.com | E-Mail: |
| Date Report Signed: Sep 30, 2014 | Date Report Signed: |
| License or Certification #: Cert Res #RD2528   State: FL | License or Certification #:   State: |
| Designation: Cert Res RD2528 | Designation: |
| Expiration Date of License or Certification: 11/30/2014 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior  ☒ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 09/29/2014 | Date of Inspection: |

GP RESTRICTED

Copyright© 2010 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTDAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
5/2010