UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Benjamin Nieves                       Case No: 14-22374-LMI
                                                Chapter 13
_____Debtor_____/

**RESPONSE TO MOTION TO VACATE ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN OF REAL PROPERTY HELD BY SETERUS**

COMES NOW, the Debtor, Benjamin Nieves, by and through his undersigned counsel and files his Response to Federal National Mortgage Association's ("Fannie Mae") Motion to Vacate Order Granting Motion to Value and Determine Secured Status of Lien of Real Property Held by Seterus. In support thereof, the Debtor states the following:

1. The Debtor filed for Chapter 13 relief on May 29, 2014.

2. On May 29, 2014, Debtor filed the Chapter 13 Plan (ECF# 2) providing for a valuation of the non-homestead collateral at 1949 NW 46 Street, Miami, FL 33142 secured by a sole mortgage serviced by Seterus.

3. Debtor filed a Motion to Value and Determine Secured Lien on Real Property held by Seterus on July 1, 2014 (ECF# 15).

4. The hearing on the Motion to Value was set for August 5, 2014 at 9:00 AM.

5. The Certificate of Service (ECF# 20) was filed on July 8, 2014 certifying that notice of the Motion to Value and Hearing were sent to the President of Seterus at its headquarters.

6. At the hearing for the Motion to Value, nobody appeared and said Motion was granted on August 7, 2014 (ECF# 28).

7. On August 21, 2014, Seterus filed a Motion to Reconsider the Order granting the Motion to Value stating a computer issue prevented them from responding.

8. On September 18, 2014 this Court entered an Order Denying the Motion to Reconsider (ECF# 46) finding lack of excusable neglect.

9. On October 1, 2014, Seterus filed their Notice of Appeal on the Order Denying the Motion to Reconsider (ECF# 50).

10. On October 20, 2014, the Court dismissed the Bankruptcy Appeal for Failure by Appellant to Timely File Designation or Statement of Issues (ECF# 58).

11. On November 4, 2014, Fannie Mae filed the Motion to Vacate (ECF # 63) alleging for the very first time that Seterus was not the proper party. However, in all prior filings, it was never alleged that Seterus was not the proper party. Thus, the Movant has waived this issue since the Court has already ruled on the Motion to Reconsider.

12. Fannie Mae cannot now take a second bite at the apple after an Order Denying the Motion to Reconsider and waiting for an appeal to be filed by Seterus and ultimately dismissed.

13. Although Fannie Mae did not receive direct notice, Seterus is a party in interest and, taken with the above-mentioned facts, Seterus is acting in such a representative capacity sufficient to accept service of process for Fannie Mae. Furthermore, Movant has waived its notice argument since it was never brought up before the Court entered the Order Denying the Motion to Reconsider.

14. Thus, through the long and drawn-out process that the above facts show, there is such a substantial connection with Fannie Mae and Seterus that proper notice should be imputed to Fannie Mae through Seterus.

WHEREFORE, the Debtor, prays this Honorable Court deny Fannie Mae's Motion to Vacate Order Granting Motion to Value and Determine Secured Status of Lien of Real Property Held by Seterus.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Response to Federal National Mortgage Association's ("Fannie Mae") Motion to Vacate Order Granting Motion to Value and Determine Secured Status of Lien of Real Property Held by Seterus was sent on January 5, 2015 via CM/ECF or by regular U.S. mail to:

ECF:

Nancy K. Neidich,
Trustee

Teresa M. Hair,
Attorney for Seterus, Inc. as the authorized subservicer for Fannie Mae

Antonio Alonso, Esq.,
Attorney for Seterus, Inc. as the authorized subservicer for Fannie Mae

First class mail:

Debtor,
Benjamin Nieves
4601 NW 19th Avenue
Miami, FL 33142-4028

        Respectfully Submitted,
        **Robert Sanchez, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008
        Fax. 305-512-9701
        E-mail: court@bankruptcyclinic.com