

**ORDERED in the Southern District of Florida on January 14, 2015.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
Benjamin Nieves
aka Benjamin Nieves Mendez             CASE NO. 14-22374-LMI
aka Benjamin Nieves-Mendez             CHAPTER 13
aka Benjamin M Nieves,

Debtor.
_____/

### ORDER DENYING MOTION TO VACATE ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN OF REAL PROPERTY HELD BY SETERUS

**THIS CASE** having come before the Court for hearing on January 6, 2015 at 9:00 a.m. upon the Claimant's Motion to Vacate Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held by Seterus [ECF No. 63]; the Court, having reviewed the Court file and the subject Motion, and having heard the argument of counsel, finds good cause for denying the Motion. Accordingly, it is,

**ORDERED** as follows:

1. The Motion is **DENIED** for the reasons stated on the record.

### ###

Order submitted by:
**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701
E-mail: court@bankruptcyclinic.com

Robert Sanchez, Esq. is directed to serve copies of this Order on the parties listed and file a certificate of service.