

ORDERED in the Southern District of Florida on January 14, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Benjamin Nieves                           Case No: 14-22374-LMI
                                                 Chapter 13

_____Debtor_____/

**AMENDED[1] ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY <u>Seterus (LOAN NO. XXXX0661)</u>**

THIS CASE came to be heard on __August 5, 2014__ on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE _15_; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

    A.    The value of the debtor's real property (the "Real Property") located at <u>1949

---

[1] Amended to correct a typographical error on the value of collateral per the Motion to Value (DE 15).

NW 46th Street, Miami FL 33142-4040, and more particularly described as 17TH AVE MANOR PB 18-43 LOT 21 BLK 9 LOT SIZE 44.000 X 109 OR 17892-1094 1296 4 COC 24812-0551 06 2006 1 is $ 31,703.00 at the time of the filing of this case.

B. The total of all claims secured by liens on the Real Property senior to the lien of   Seterus (loan No.: xxxx0661) (the "Lender") is $ 32,000.00  .

C. The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $32,000.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $32,000.00 to be paid at 5.25% for a total payment of $ $36,453.09.

3. (Select only one):

      X    Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed.  In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

     ___    Lender filed a proof of claim in this case.  It shall be classified as a

       secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ _____, regardless of the original classification in the proof of claim as filed.

4. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008

Attorney  Robert Sanchez, Esq.  is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.