### CHAPTER 13 PLAN (Individual Adjustment of Debts)

Third Amended plan

DEBTOR: Benjamin Nieves    JOINT DEBTOR: ___    CASE NO.: 14-22374-LMI
Last Four Digits of SS# 5185    Last Four Digits of SS# ___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 853.48 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + 775 (Motion to value) + 775 (Motion to value) = $5,200
    TOTAL PAID $ 1,500  Balance Due $ 3,700 payable $ 148.00/month
    (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None    Arrearage on Petition Date  $
Address: ___    Arrears Payment    $___/month  (Months ___to ___)
    Regular Payment    $___/month  (Months ___to ___)
Account No: ___

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Seterus<br>14523 SW Milikan Way Street<br>Account No: xxxx0661 | 1949 NW 46 Street, Miami, FL 33142<br>$32,000.00 | 5.25% | $607.55 | 1 To 60 | $32,000.00 5.25% for a total payment of $36,453.09 |
| Bank of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410<br>Account no: xxxx5899 | 4601 NW 19 Street, Miami, FL 33142<br>$59,342.00 | N/a | None | N/a | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due  $___
    Payable    $___/month  (Months ___to ___) Regular Payment $___

Unsecured Creditors: Pay $ 12.58/month (Months 1 to 25); Pay $ 160.58/month (Months 26 to 60);

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Bayview Financial Loan servicing and will continue to pay said creditor directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Attorney for Debtor    Joint Debtor
Date: 1/16/2015    Date: ___