UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-22374-LMI
CHAPTER 7 CASE

IN RE:

BENJAMIN NIEVES
AKA BENJAMIN NIEVES MENDEZ
AKA BENJAMIN NIEVES-MENDEZ
AKA BENJAMIN M NIEVES

Debtor(s),

_____/

## OBJECTION TO
## CONFIRMATION OF THIRD AMENDED PLAN

MOVANT, **SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC**, a secured creditor, by and through its undersigned attorney, objects to confirmation of Debtor's Third Amended Plan and states as follows:

1. Movant, has paid 2014 Taxes in the amount of $1,052.86 on November 6, 2014, and the Amended Plan does not provide for said amount.

2. Movant has not accepted the Third Amended Plan, as it does not provide for payment of taxes and insurance.

WHEREFORE, Movant, **SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC**, files this objection to confirmation of the Third Amended Plan and moves the Court to deny confirmation of said plan.

14-03799

I HEREBY certify that a true and correct copy of the Objection to Confirmation of the Third Amended Plan was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this ____ day of January, 2015.

Choice Legal Group, P.A.<br>
P.O. Box 9908<br>
Fort Lauderdale, FL 33310-0908<br>
Telephone: (954) 453-0365/1-800-441-2438<br>
Facsimile: (954) 689-3517<br>
antonio.alonso@clegalgroup.com<br>
<br>
By: _____<br>
Antonio Alonso, Esq.<br>
Bar Number: 50335

**Mailing List for Bankruptcy Case No: 14-22374-LMI**

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

NANCY K. NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

BENJAMIN NIEVES
4601 NW 19TH AVENUE
MIAMI, FL 33142-4028

ROBERT SANCHEZ, ESQ
355 W 49 STREET
HIALEAH, FL 330120

14-03799