UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-22374-LMI
CHAPTER 13 CASE

IN RE:

BENJAMIN NIEVES
AKA BENJAMIN NIEVES MENDEZ
AKA BENJAMIN NIEVES-MENDEZ
AKA BENJAMIN M NIEVES

Debtor(s),
_____/

**NOTICE OF FILING OF ESCROW ACCOUNT STATEMENT (DOCKET # 84 )**

PLEASE TAKE NOTICE that Movant, SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC, hereby files its Notice of Filing of Escrow Account Statement (Docket #84).

I HEREBY CERTIFY that a true and correct copy of the Notice of Filing of Escrow Account Statement (Docket #84) was delivered to the named addressees by First Class U. S. Mail postage pre-paid and or electronically mailed, this __2__ day of April, 2015.

Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
antonio.alonso@clegalgroup.com

By: _____
Antonio Alonso, Esq.
Bar Number: 50335

14-03799

MAILING LIST:

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

NANCY K. NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

BENJAMIN NIEVES
4601 NW 19TH AVENUE
MIAMI, FL 33142-4028

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012

14-03799