

**seterus**
PO Box 2008; Grand Rapids, MI 49501-2008

Representation Of Printed Document

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
Phone 866.570.5277

| ESCROW ACCOUNT STATEMENT | |
|---|---|
| Analysis Date: | 08/13/14 |
| Loan Number: | |
| Escrow Account Number: | |

| Current Payment | | New Payment Effective 10/01/14 | |
|---|---|---|---|
| Principal and Interest | $558.06 | Principal and Interest* | $558.06 |
| Escrow | $546.48 | Escrow | $455.43 |
| Total Current Payment | $1,104.54 | Total NEW Payment* | $1,013.49 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

NIEVES, BENJAMIN
C/O ROBERT SANCHEZ
355 W 49TH ST
HIALEAH FL  33012-3715

L913C

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on 05/29/14. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any deficiency and/or shortage listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS October 2014 to September 2015 | | ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE Anticipated Activity | | | |
|---|---|---|---|---|---|
| | | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
| Taxes | 1,006.60 | | | | |
| Insurance | 4,359.14 | | | | |
| PMI | 0.00 | Starting Balance | | | $-224.42 |
| Total Disbursements | 5,365.74 | Beginning Balance** | | | $-224.42 |
| | | Post Petition Beg Bal* | | | $2,633.01 |
| Bankruptcy File Date | 05/29/14 | Date | | | |
| | | 10/01/2014    455.43    0.00 | | | 3,088.44 |
| | | 11/01/2014    455.43    0.00 | | | 3,543.87 |
| Proof of Claim Escrow Balance | | 11/01/2014    0.00    1,006.60 | | COUNTY PROPERTY TAX | 2,537.27 |
| Pre-Petition Escrow Deficiency | $2,410.34 | 12/01/2014    455.43    0.00 | | | 2,992.70 |
| | | 01/01/2015    455.43    0.00 | | | 3,448.13 |
| | | 02/01/2015    455.43    0.00 | | | 3,903.56 |
| Pre-Petition Escrow Shortage | $447.09 | 03/01/2015    455.43    0.00 | | | 4,358.99 |
| | | 04/01/2015    455.43    0.00 | | | 4,814.42 |
| Total Escrow POC | $2,857.43 | 04/01/2015    0.00    2,800.92 | | HAZARD LP INSURANCE | 2,013.50 |
| | | 04/13/2015    0.00    1,558.22 | | FLOOD LP INSURANCE | 455.28 |
| Payments Applied | $0.00 | 05/01/2015    455.43    0.00 | | | 910.71 |
| Remaining Escrow Balance | | 06/01/2015    455.43    0.00 | | | 1,366.14 |
| Pre-Petition Escrow Deficiency | $2,410.34 | 07/01/2015    455.43    0.00 | | | 1,821.57 |
| | | 08/01/2015    455.43    0.00 | | | 2,277.00 |
| Pre-Petition Escrow Shortage | $447.09 | 09/01/2015    455.43    0.00 | | | 2,732.43 |
| | | Total    $5,465.16    $5,365.74 | | | |

A deficiency occurs if the escrow account has a negative balance. The pre-petition deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment.

An escrow shortage occurs when there is a zero or positive balance in the escrow account but not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. This pre-petition shortage is accounted for on the POC and will be collected as part of your pre-petition plan payment. The post-petition shortage of $496.97 will be collected over the next 60 installments.

\*Escrow Balance adjusted by proof of claim amounts

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements due in the prepaid period

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $894.29.

\*\*\*Continued\*\*\*

INTERNET REPRINT

### ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from January 2014 to September 2014. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| | ACTUAL ESCROW ACCOUNT HISTORY | | | | | | |
|---|---|---|---|---|---|---|---|
| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance Date | | | | | | | $-140.16 |
| 01/01/14 | 498.00 | 0.00* | 0.00 | 0.00 | | 357.84 | -140.16 |
| 01/06/14 | 0.00 | 498.00* | 0.00 | 0.00 | | 357.84 | 357.84 |
| 02/01/14 | 498.00 | 0.00* | 0.00 | 0.00 | | 855.84 | 357.84 |
| 02/07/14 | 0.00 | 498.00* | 0.00 | 0.00 | | 855.84 | 855.84 |
| 03/01/14 | 546.48 | 0.00* | 0.00 | 0.00 | | 1,402.32 | 855.84 |
| 03/06/14 | 0.00 | 546.48* | 0.00 | 0.00 | | 1,402.32 | 1,402.32 |
| 04/01/14 | 546.48 | 0.00* | 3,055.31 | 0.00* | HAZARD LP INSURANCE | -1,106.51 | 1,402.32 |
| 04/07/14 | 0.00 | 546.48* | 0.00 | 2,800.92* | HAZARD LP INSURANCE | -1,106.51 | -852.12 |
| 04/13/14 | 0.00 | 0.00 | 1,556.77 | 0.00* | FLOOD LP INSURANCE | -2,663.28 | -852.12 |
| 04/17/14 | 0.00 | 0.00 | 0.00 | 1,558.22* | FP FLOOD INSURANCE | -2,663.28 | -2,410.34 |
| 05/01/14 | 546.48 | 0.00* | 0.00 | 0.00 | | -2,116.80 | -2,410.34 |
| 06/01/14 | 546.48 | 546.48 | 0.00 | 0.00 | EST: | -1,570.32 | -1,863.86 |
| 07/01/14 | 546.48 | 546.48 | 0.00 | 0.00 | EST: | -1,023.84 | -1,317.38 |
| 08/01/14 | 546.48 | 546.48 | 0.00 | 0.00 | EST: | -477.36 | -770.90 |
| 09/01/14 | 546.48 | 546.48 | 0.00 | 0.00 | EST: | 69.12 | -224.42 |
| Total | $4,821.36 | $4,274.88 | $4,612.08 | $4,359.14 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.

NOTE – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. NEW YORK CITY: 1411669, 1411665, 1411662. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

INTERNET REPRINT